# Exhibit G

to

Declaration of David Zevin, Esq. –

# TRANSCRIPT OF RECORDING OF TERMINATION CONVERSATION BETWEEN VOSS AND STAPLETON

Transcript of June 14, 2019 Termination Phone Call Between Stapleton & Voss

00:00:14:12 - 00:00:15:07
Voss:
Prince Carpentry.

00:00:15:10 - 00:00:16:21
Stapleton:
Yeah, Tommy?

00:00:16:24 - 00:00:17:25
Voss:
Hey, how you doing?

00:00:17:27 - 00:00:19:05
Stapleton:
All right.

00:00:19:07 - 00:00:20:04
Voss:
How you feeling?

00:00:20:06 - 00:00:20:25
Stapleton:
I'm miserable. What's new.

00:00:20:26 - 00:00:21:02
Voss:
You're what?

00:00:21:04 - 00:00:22:02
Stapleton:
I'm miserable.

00:00:22:04 - 00:00:24:03
Voss:
Still miserable?

00:00:25:09 - 00:00:26:16
Stapleton:
Of course.

00:00:26:18 - 00:00:30:11
Voss:
Oh, my gosh. Hopefully one day you're not.

00:00:30:13 - 00:00:33:18
Stapleton:
Yeah, will come soon.

00:00:33:20 - 00:00:34:02
Voss:
Hmm?

00:00:34:04 - 00:00:37:18
Stapleton:

It'll soon come.

00:00:37:20 – 00:03:48:28
Voss:
Hopefully. So, all right. Yeah, I wanted to talk to you about some stuff here. So, you know, to recap stuff, the FMLA did expire, and then you had some extended leave after the FMLA. And we've been looking into, you know in this this process, trying to figure out about returning to work. When you gave the doctors note talking about part time, 20 hours, working from home, I mean, working from home, that's not even possible. (Inaudible). You know we thought about this a lot and we don't believe that 20 hours is enough to do what needs to be done, uh, to do your job, so, basically, you know, at this point, when I mentioned to you I mentioned to you about the severance, it's uh, I think it's to the point where we have to basically separate and we have to end the employment and the employment arrangement, the employment relationship, I guess you could say. So, you know, what I'm going to do is I'm going to e-mail you and I'm also going to mail you copy of the severance agreement for you to look at. You have um, I think you have something like 20, 21 days to look it over and decide what you want to do. And you have insurance with us ending at the end of June through the regular insurance, then it's an agreement, if you decide to go ahead with it, you'll have insurance for two more months, so July and August that will pay for it through Cobra, you have to elect Cobra, get a notice about that in the mail. Um. And, you know, like I mentioned to you, there is a payment that goes with this. So that's another thing you have to consider. Um, let's see it's about, uh, 12,000, so it's, you know it's, it's a decent amount. Um. So if you don't sign the agreement, you, you know then you'd have to, then you'd be responsible for Cobra if you elect it. That's like, that I want to make sure you understand, uh, you know. I don't know, I'm kinda. It's a hard thing to do. Uh, you've been a good employee. I do mean that.

00:03:49:00 – 00:03:50:02
Stapleton:
No, not good, great.

00:03:50:04 – 00:03:50:20
Voss:
Hm?

00:03:51:04 – 00:03:52:20
Stapleton:
No, great.

00:03:52:24 – 00:03:54:02
Voss:
Great.

00:03:54:06 – 00:03:56:26
Stapleton:
No, great employee.

00:03:56:28 – 00:03:58:20
Voss:
(Inaudible). I know you've done a good job.

00:03:58:22 – 00:04:10:22
Stapleton:

I’ve done a great job. Not a good job. A great job. Despite everything. I've done a great job.

00:04:10:24 - 00:04:12:22
Voss:
You have, you’ve done, you’ve done (inaudible).

00:04:12:24 - 00:06:45:06
Stapleton:
I mean I handle my business. I did, I did beyond what I was supposed to have done. There were things that were thrown on my plate. You never thought I'd be able to handle it, and I handled it, and I took it to the next level. Anybody came behind me, I set the bar because you could not bring another receptionist any just to answer phones. Anyone that came in behind me had to do everything that I did. Reception, administrative assistant and payroll assistant. You couldn't get. You can't get. I mean, how many people can do that? Three titles. You kidding me? Three titles. And the third one was thrown on my plate, and I didn’t even get paid for it, and I handled it for four years. You're kidding me. Come on. I was a great employee. Oh, you don't want to give me a chance? That’s your biz, that’s your loss. That's definitely your loss. Cause one thing about me. I, I'm, I’m, I handle it. I handle mine. That's one thing about Pat. You can never, no. Excuse me, Taplice Stapleton handles her business. I'm damn good. Despite everything and I’ve been loyal and I've been faithful. I never cheated ya’all. I never badmouthed y'all. I never disrespected you, your father, even your aunt, when she was being disrespectful, never disrespecting anybody in there, including JP, including everybody else, including them, those women that went through stuff with, never disrespecting anyone. I held my head up. I held my own. I was a great employee. So if I need to move on, I expect a good recommendation, I expect a recommendation letter, to be honest with you. I was, I expect that, you know, cause I I’m I’m telling you, I'm great. So you don't want to, you know, sure whatever. I mean that little bit of payroll, please. And she, Kate, said, it’s not as much as it was before. I remember when I was doing all three jobs and I was able to handle that payroll in one day, the entire payroll, everything in one single day. So like I said, your loss, not mine. Whatever. And to gave me the same deal that you offer Syd? You got to be kidding me. I'm like that. I'm offended by that. I had to think about that. And I remember when he got laid off and he caught me bragging, about how much money ya’ll paid him, to separate. I'm talking about Syd, he called and bragged about it. He called me on my way home the day ya’ll laid him off. He caught me, told me ya’ll gave him a severance. And I thought I was like, wait a minute, how y'all giving me the same thing you gave him? He wasn't there as long and he was not even as good a worker as I was. So whatever. I'm just saying. I'm just. Just saying my….

00:06:45:09 - 00:06:48:00
Voss:
I don’t know. I'm not sure, I’m not sure he, I’m not sure he got anything.

00:06:48:02 - 00:07:02:13
Stapleton:
Well, that's what I was told. No, that's what, I mean, I'm sure, I'm quite sure he's not gonna call and brag and lie about it because he sure was happy about it. Okay. I'm just saying. I'm just saying.

00:07:02:14 - 00:07:04:02
Voss:
You know it’s confidential, it’s not….

00:07:04:04 - 00:07:14:02
I, I know, I'm not, a, no, I'm not ask, I'm not saying for you to say anything I'm not saying that. I'm just giving you my thoughts. That's it. That's it. I mean, you said good employee. I'm offended by that. No, I'm a great employee.

00:07:14:04 - 00:07:15:23
Voss:
And I'm not trying to.

00:07:15:25 - 00:07:17:15
Stapleton:
I understand. I understand.

00:07:17:22 - 00:08:11:18
Voss:
You know that. You know I'm not trying to do that. Yeah, you've done a pretty good job with that, you have. I know you have. So, like I said, uh, I'll email this to you, Um, I'll mail it out to you. You have time to consider it. Um, if you have any questions feel free to call me. And, um. Yeah I hope you, I and I hope you get better. I hope you (inaudible). And uh, it's a tough, a tough time for you. Anyway. All right. Is there, do you have any questions for me?

00:08:11:21 - 00:08:28:09
Stapleton:
No, I think you have to give more than 2 months, I, I deserve more than two months. I'm worth more than two months. You took them out over 15 years. You kidding me? No, over 15 years? And everything I've done no, I'm worth more than two months. Come on. All that you get….

00:08:28:11 - 00:08:29:18
Voss:
(Inaudible) The insurance, there's….

00:08:29:21 - 00:08:50:25
Stapleton:
Okay, then. I mean, then there should be something else negotiated, but come on. I mean, I have to. It doesn't matter. Regardless of my situation, I still need employment. I have myself to take care of a child to take care of, I still need employment. I mean, you should understand that, you're a father, you're a family man, Come on. I mean, you should understand that. I still need employment regardless. So that two months. No, I think ya'll need to renegotiate that.

00:08:57:13 - 00:09:02:10
Voss:
I mean, the current time, I'm going to send it out as it is.

00:09:02:12 - 00:09:10:12
Stapleton:
I don't understand, when you say at the end, FMLA extended time, what do you mean by that? I wasn't paid for any of that time. What do you mean?

00:09:10:14 - 00:09:17:07
Voss:
No. No you weren't. That was after after FMLA expired. There was additional time is what I'm saying.

00:09:17:10 - 00:09:23:23
Stapleton:
What's going to happen to the FSA? Cause I still have money in that that wasn't used?

00:09:23:25 - 00:09:31:23
Voss:
Oh, I don't, I have to look into that. I, I don't know. I don't I don't think anything, I don't know that anything happens to it, to be honest.

00:09:31:25 - 00:09:47:27
Stapleton:
No, I'm saying, do I get my money back? Can I get my money? Can I do anything? Can I, you know, submit medical payments so I can get that money that's been, cause that's, that's free money these people have. And it's just gone. That's over $500.

00:09:48:00 - 00:09:49:02
Voss:
That's the rollover. Is that what that is?

00:09:49:05 - 00:09:50:08
Stapleton:
Huh?

00:09:50:11 - 00:09:51:26
Voss:
500, A rollover?

00:09:51:29 - 00:10:11:28
Stapleton:
Yes, it's a rollover, but I can't use it. If I don't go back to work, I can't use it. I tried it this year and they said, well, because you're out on disability and not physically at work, we cannot, um, a, process any claims or, um, I can't even use that card. Yeah. I have to be physically at work. Yeah.

00:10:11:30 - 00:10:13:36
Voss:
You have to be at work?

00:10:14:00 - 00:10:27:19
Stapleton:
Yeah. I'm Tommy. I'm telling you, because when I wanted to use the card to pay some of my medical bills and they told me, they sent me something saying I can't because I'm not at work. I'm not physically at work.

00:10:27:22 - 00:11:21:20
Voss:
I don't think that should be a factor to be in technically employed. So I don't know. I don't know. I have to call. I have to call. Doesn't quite sound right, but. I've gotta call. I'm sure at the very minimum (inaudible) so that doesn't sound right to me. Technically you're an employee, the only thing is you haven't been making payroll deductions for it, so that doesn't necessarily make sense to me if it's a rollover from a previous year but that's something I'd have to call about, find out about. I don't know. Gotta look into it. You know, I don't really know about the 401k, I don't know anything about that. No idea how that would work here.

00:11:21:21 - 00:11:31:21
Stapleton:
Okay. Well definitely what I can get to, the only thing I can get, the only way I can get to those things is through y'all. I got it through, y'all, y'all, I you know.

00:11:31:24 - 00:11:32:25
Voss:
I will call them. I will call them.

00:11:32:27 - 00:11:34:03
Stapleton:
I'll get out later. Um, hm.

00:11:34:06 - 00:11:52:09
Voss:
So. Ya all right?

00:11:38:12 - 00:11:42:06
Stapleton:
Yeah, okay.

00:11:42:08 - 00:12:32:26
Voss:
All right. I'll find out about that. I'll get back to you. I'm gonna, I'm gonna email this to you, and I'm going to mail it to you. And a. And then I'll find out about the FSA and the 401k thing. I don't know about that either. I have to call them and ask them, I don't know. No. All right, So if you have questions, like I said, just give me a call. I'll turn off my ringer. And ah, and ah yeah, I'll try to help, try to find out whatever information I can find, about it. So all right, do you have, is there any other questions you have?

00:12:32:28 - 00:12:37:00
Stapleton:
No. What's happened? What happens with me cleaned out, ya'll cleaned out my desk out already?

00:12:37:02 - 00:12:49:02
Voss:
No I haven't done anything with your. I no one's really been in there, to be honest. So no, it's pretty much sitting there the same way it was.

00:12:49:04 - 00:12:53:03
Stapleton:
So I get to clean it out. What, how does that work?

00:12:53:06 - 00:12:57:21
Voss:
Yeah. Yeah, you would. Yeah, of course. Your stuff's there. Yeah, you have to.

00:12:57:24 - 00:13:22:15
Stapleton:
Oh, well, I'll come on.

00:12:59:28 - 00:13:02:12
Voss:

However you want to handle it.

00:13:03:24 - 00:13:22:14
Stapleton:
No I'll come like in the afternoon. Like, what's the, ah, ah, I don't know, I'll probably come. I want to get all this taken care of first before I come up there. Go over it and I'll do it like when everybody leaves. Well, to me, um, miss, what do you? I'm get a, I'll just probably come up there on a, I don't know, on an evening or something.

00:13:22:17 - 00:13:23:12
Voss:
Okay.

00:13:23:14 - 00:13:28:27
Stapleton:
Oh, when everybody else is gone. I don't know, what time you normally there?

00:13:29:00 - 00:13:36:15
Voss:
Um, I'm usually here until six. I mean latest.

00:13:36:17 - 00:13:40:17
Stapleton:
People and their music. All right.

00:13:40:19 - 00:13:58:07
Voss:
And if equipment you want to do on a, on a weekend. It's a, yeah, well, we can work it out. We'll work it out, here. We can work it out. Work something out. So figure it out. Um, yeah, if you want to come in the evening, that's fine. We'll, we'll figure it out, like I said. So. Um, so I'll look into the FSA. Look into the 401k. Um, is there anything else you want me to look into?

00:13:58:08 - 00:14:35:29
Stapleton:
I think that's it. The FSA and the um, 401k cause I have to be able to do whatever I need to do with it without having to go through you. I think that's. I think that's it.

00:14:35:30 - 00:14:37:14
Voss:
Okay.

00:14:37:16 - 00:14:39:00
Stapleton:
I think that's it. I could think of right now.

00:14:39:02 - 00:14:56:20
Voss:
Okay. Like I said, the the, the, the medical is in fact until the end of June, as it stands. Um, yeah. All right. So like I said, you have questions, don't hesitate to call me, all right?

00:14:56:22 - 00:14:57:24
Stapleton:
All right.

00:14:57:26 - 00:14:58:26
Voss:
All right, Pat.

00:14:58:28 - 00:15:01:00
Stapleton:
Okay. All right. Good night.

00:15:01:02 - 00:15:02:21
Voss:
Be in touch. All right.